| | |
|---|---|
| 1 | Mark A. Romeo, Bar No. 173007 |
| 2 | mromeo@littler.com |
|   | Derek S. Hecht, Bar No. 273039 |
| 3 | dhecht@littler.com |
|   | LITTLER MENDELSON, P.C. |
| 4 | 18565 Jamboree Road |
|   | Suite 800 |
| 5 | Irvine, California 92612 |
|   | Telephone: 949.705.3000 |
| 6 | Fax No.:   949.724.1201 |

Attorneys for Plaintiff/Counter-Defendant
GALDERMA LABORATORIES, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALDERMA LABORATORIES, L.P., | Case No. 2:21-CV-05522-FLA (SKx) |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| CHAD TISCKOS, | Judge:  Hon. Fernando L. Aenlle-Rocha |
| Defendant. | Trial Date:        June 9, 2025 |
|  | Complaint Filed:  July 8, 2021 |
| CHAD TISCKOS, | |
| Counterclaim-Plaintiff, | |
| v. | |
| GALDERMA LABORATORIES, L.P. | |
| Counterclaim-Defendant. | |

TO THE CLERK AND THE HONERABLE COURT:

PLEASE TAKE NOTICE that the parties have reached an agreement to resolve this litigation in its entirety, and as a result the action will be dismissed upon completion of the terms of settlement. The parties anticipate submitting a joint dismissal with prejudice within 7 days.

Dated: April 24, 2025

LITTLER MENDELSON, P.C.

*/s/ Marc A. Romeo*

Mark A. Romeo
Derek S. Hecht

Attorneys for Plaintiff/Counter-Defendant
GALDERMA LABORATORIES, L.P.

4837-2474-4434.2 / 086095-1017

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 18565 Jamboree Road, Suite 800, Irvine, California 92612.

On April 24, 2025, I served the within document(s):

## JOINT NOTICE OF SETTLEMENT

☒ Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is wthoumaked@littler.com.

**RUSS AUGUST & KABAT**

Brian D. Ledahl (CA SBN 186579)
Paul A. Kroeger (CA SBN 229074)
Minna Y. Jay (CA SBN 305941)
Daniel B. Kolko (CA SBN 341680)

12424 Wilshire Boulevard, 12th Floor.
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 979-8268

*Attorneys for Defendant and Counterclaim-Plaintiff*

CHAD TISCKOS

Email:

bledahl@raklaw.com
pkroeger@raklaw.com
mjay@raklaw.com
dkolko@raklaw.com
achoi@raklaw.com
rak_tisckos@raklaw.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 24, 2025, at Irvine, California.

*Winty Thoumaked*
Winty Thoumaked

4865-2719-6672.2 / 086095-1017

PROOF OF SERVICE